IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AURORA LOAN SERVICES,

    Plaintiff,                                     No. CIV 08-1535 GEB KJM

    vs.

CHARLENE BRITTON,

    Defendant.                               <u>ORDER</u>

_____/

        Plaintiff's motion for leave to make deposit in court came on regularly for hearing October 1, 2008. Rachel Dollar appeared for plaintiff. Adam Kim appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. No later than October 8, 2008, defendant may file a declaration signed under penalty of perjury regarding the ability to tender.

        2. No later than October 15, 2008, plaintiff may file a reply, not exceeding three pages, addressing defendant's declaration.

        3. The matter shall thereafter stand submitted.

DATED: October 3, 2008.

_____
U.S. MAGISTRATE JUDGE

006 aurora.oah

1