IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
AURORA LOAN SERVICES, LLC, A    )
DELAWARE LIMITED LIABILITY      )
COMPANY,                        )
                                )
            Plaintiff,          )   2:08-cv-1535-GEB-KJM
                                )
      v.                        )   ORDER
                                )
CHARLENE BRITTON,               )
                                )
            Defendant.          )
_____)
```

        Defendant moves for dismissal of this action, arguing Plaintiff does not have standing to allege the claims in the Complaint since they are based on a mortgage loan which does not involve Plaintiff. Defendant argues only American Brokers Conduit("ABC") has standing to sue Plaintiff on the claims, since ABC is the owner of the Deed of Trust; and, Defendant's search of Sacramento County's Official Records in July 2008, reveals that the Deed of Trust in question was never transferred to Plaintiff. (D. Mot. at 2:9-15.) Plaintiff opposes the motion and includes in its opposition a "SUBSTITUTION OF TRUSTEE" document on which ABC substituted Plaintiff as the Trustee under the Deed of Trust on April 11, 2008; the Sacramento County

1  Clerk-Recorder recorded that document on August 22, 2008.  (Pl. Opp'n
2  at 4:22-23; Exhibit A to Decl. Of Laura McCann.)  Defendant failed to
3  respond to Plaintiff's opposition.
4       Since Defendant has not shown her dismissal motion should be
5  granted, it is denied.
6  Dated:  October 22, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge