UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLENE BRITTON, ) <br> ) <br> Defendant. ) | 2:08-cv-1535-GEB-KJM <br><br> <u>JUDGE'S RESPONSE TO</u> <br> <u>MR. BEEDE'S LETTER</u> |

Attorney Stephen J. Beede sent me the attached letter in which he appears to inquire whether he needs to submit a "courtesy copy" of a motion to my chambers. It is not required.

Further, he indicates no notice requirement is prescribed in Local Rule 56-260, and that the Court should consider amending the rule so that it includes a notice requirement. The referenced notice requirement is prescribed in Local Rule 78-230, and that requirement is referenced in the Status (Pretrial Scheduling) Order filed October 21, 2008, where I stated: "Motions shall be filed in accordance with Local Rule 78-230(b)."

1 | When the rules of practice and procedure are followed,
2 | disputes should be resolved in an orderly manner.  However, an
3 | incredible amount of time could be wasted if members of the bar
4 | fail to carefully read the rules and procedures and write judges
5 | letters about matters they should understand.  "The cogs of the
6 | wheel of justice move much more smoothly when attorneys who
7 | practice in this court follow the rules of practice and procedure
8 | we have carefully developed and adopted."  <u>Dela Rosa v. Scottsdale
9 | Memorial Health Systems, Inc.</u>,136 F.3d 1241, 1244 (9th Cir. 1998).
10 | If an attorney has an idea about improving a rule of practice, he
11 | or she figure out the appropriate manner of contacting the Court
12 | about the suggested change.  However, since Mr. Beede does not
13 | appear to know about the applicable motion notice rule, perhaps he
14 | no longer believes Local Rule 56-260 should be changed.
15 | Any future communication should be in a filed document.

Dated:  January 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2