UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| AURORA LOAN SERVICES, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CHARLENE BRITTON,<br><br>Defendant, | Case No.: 2:08-cv-01535-GEB-KJM<br>The Honorable Garland E. Burrell, Jr.<br><br><br>**ORDER** |
| CHARLENE BRITTON,<br><br>Counter-claimant,<br><br>v.<br><br>AURORA LOAN SERVICES LLC,<br><br>Counter-defendant. | Complaint Filed: July 3, 2008<br>Trial Date:         None |

The Court approves the parties' stipulation filed August 5, 2010, and hereby orders as follows:

    1.    This entire action is dismissed with prejudice;

    2.    The Judgment dated December 22, 2009 filed at docket no. 82 is vacated; and

    ///

{DN029101;1}

3. The parties shall bear their own fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: 8/5/10

_____
GARLAND E. BURRELL, JR.
United States District Judge